# UNITED STATES COURT OF APPEALS
### for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand twenty-four,

_____

United States of America,

        Appellee,

  v.

Juan C. Perez,  AKA Juan Perez,  AKA El Racing, Juan Peralta,  AKA Viejito,  AKA Biejito, Alfredo Rosa,  AKA FeRRaRi, Melvin Casado,  AKA USA, Jose Rafael Grullon-Mendoza,  AKA Raffi,  AKA El Corondao Listo,  AKA El Capitan R,

        Defendants,

Espedicto Antonio Peralta-Fernandez,

        Defendant - Appellant.

**ORDER**
Docket No. 24-937

_____

Appellant's Espedicto Antonio Peralta-Fernandez submission of an Acknowledgment and Notice of Appearance does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Acknowledgment and Notice of Appearance is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

