UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand twenty-four,

| | |
|---|---|
| United States of America, | ORDER |
| Appellee, | Docket No. 24-937 |
| v. | |
| Juan C. Perez, AKA Juan Perez, AKA El Racing, Juan Peralta, AKA Viejito, AKA Biejito, Alfredo Rosa, AKA FeRRaRi, Melvin Casado, AKA USA, Jose Rafael Grullon-Mendoza, AKA Raffi, AKA El Corondao Listo, AKA El Capitan R, | |
| Defendants, | |
| Espedicto Antonio Peralta-Fernandez, | |
| Defendant - Appellant. | |

A notice of appeal was filed on April 3, 2024. The Appellant's Acknowledgment and Notice of Appearance Form due July 30, 2024, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 4, 2024, if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

